**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen P. Soltis
       Debtor(s)

CHAPTER 13

BKY. NO. 13-22986

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4301

                               Respectfully submitted,

                               **/s/ James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               jwarmbrodt@kmllawgroup.com
                               Attorney I.D. No. 42524
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               Phone: 215-825-6306
                               Fax: 215-825-6406
                               Attorney for Movant/Applicant