**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Stephen P. Soltis          :     Case No.13-22986JAD
                           :     Chapter 13
    Debtor(s)          :
Ronda J. Winnecour, Trustee :
                           :     Re Clm. #5
    Movant(s)          :
                           :     Doc. # 118
                           :
vs.                        :
The Swiss Colony           :
                           :     Hearing Date
                           :

    Respondent(s)

### ORDER OF COURT

AND NOW, this __2nd__ day of __July__, 20__18__, upon consideration of the Trustee's Objection to Claim No. 05, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 05 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_____ jsf
U.S. Bankruptcy Judge

FILED
7/2/18 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22986-JAD
Stephen P. Soltis                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin            Page 1 of 1            Date Rcvd: Jul 02, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db             +Stephen P. Soltis,   416 Derrick Avenue,   Uniontown, PA 15401-5463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B andygornall@latouflawfirm.com
      Daniel R. White    on behalf of Debtor Stephen P. Soltis dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com, james.prostko@phelanhallinan.com
      Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com, sromig@barley.com
      Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 9