# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>STEPHEN P. SOLTIS<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>        Movant<br>        vs.<br>STEPHEN P. SOLTIS<br><br><br>        Respondents | Bankruptcy No. 13-22986-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 131 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>6th</u> day of <u>August</u>, 2018, it is hereby ORDERED, ADJUDGED and DECREED that,

Johnson Matthey<br>
Atttn: Payroll Manager<br>
605 Mt View Dr<br>
Fayette Business<br>
Smithfield,PA 15478

is hereby ordered to immediately terminate the attachment of the wages of STEPHEN P. SOLTIS, social security number XXX-XX-4325. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STEPHEN P. SOLTIS.

_____
JEFFERY A. DELLER    mas
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
8/6/18 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen P. Soltis  
    Debtor

Case No. 13-22986-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: msch   Page 1 of 1   Date Rcvd: Aug 06, 2018  
                      Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
db             +Stephen P. Soltis,    416 Derrick Avenue,    Uniontown, PA 15401-5463
               +Johnston Matthey,    Attn: Payroll Manager,    605 Mt. View Drive,    Fayette Business,
                 Smithfield, PA 15478-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
       as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
       Loan Trust 2006-B andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. andygornall@latouflawfirm.com
      Daniel R. White    on behalf of Debtor Stephen P. Soltis dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
       as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
       Loan Trust 2006-B bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
       sromig@barley.com
      Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
       NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home
       Equity Loan Trust 2006-B mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 9