**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Stephen P. Soltis**
Debtor(s)

Bankruptcy Case No.: 13–22986–JAD

Chapter: 13
Docket No.: 139 – 138

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 2nd of November, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/11/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen P. Soltis  
    Debtor

Case No. 13-22986-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jfur         Page 1 of 2          Date Rcvd: Nov 02, 2018
                          Form ID: 408       Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
```
db              +Stephen P. Soltis,    416 Derrick Avenue,    Uniontown, PA 15401-5463
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13675801       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Center, Inc.,    P.O. Box 14931,
                   Pittsburgh, PA 15234-0931)
13675803        Fayette Anesthesia Providers,    P.O. Box 644392,    Pittsburgh, PA 15264-4392
13675805        Foundation Radiology Group, PC,    P.O. Box 60,    Pittsburgh, PA 15230-0060
13675808       +HSBC Card Services,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13675807       +Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
13675817       +Justin J. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,    Uniontown, PA 15401-2677
13687031       +LVNC Funding,    655 Papermill Road,    Newark, DE 19711-7500
13675811       +Milstead & Associates,    Woodland Falls Corporate Park,    220 Lake Drive East--Suite 301,
                  Cherry Hill, NJ 08002-1165
13675813        NCO Financial Systems, Inc.,    P.O. Box 13574,    Philadelphia, PA 19101
14142010       +Nationstar Mortgage LLC as servicer for The Bank o,    Nationstar Mortgage, LLC,
                  P.O. Box 619096,    Dallas, TX 75261-9096
13675814        Orchard Bank,    HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
13675815        Penn Credit,    916 S 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13675816        Santander Consumer USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
13675818        Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,
                  Minneapolis, MN 55440-1581
13675819        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13687034        Vision Financial Corp.,    P.O. Box 460260,    Saint Louis, MO  63146-7260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2018 01:55:57
                  PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13717209        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2018 01:56:00
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13675800       +E-mail/Text: bankruptcy@cavps.com Nov 03 2018 01:50:19     Calvary Portfolio Services,
                  Attention: Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
13677697       +E-mail/Text: bankruptcy@cavps.com Nov 03 2018 01:50:19     Cavalry Portfolio Services,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13675802        E-mail/PDF: creditonebknotifications@resurgent.com Nov 03 2018 01:56:14     Credit One Bank,
                  P.O. Box 98873,    Las Vegas, NV 89193-8873
13675804       +E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:49:27     Figi's, Inc.,
                  Attn: Recovery Operations,    P.O.Box 7713,    Marshfield, WI 54449-7713
13675806       +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2018 01:56:08     GE Money Bank,
                  Attention: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13675809       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2018 01:55:59     LVNV Funding,
                  625 Pilot Road,    Las Vegas, NV 89119-4485
13756243        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2018 01:56:30
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13675810       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 03 2018 01:50:05     Midland Funding,
                  8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
13920615        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2018 01:55:57
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13712924        E-mail/Text: bnc-quantum@quantum3group.com Nov 03 2018 01:49:50
                  Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
13727230       +E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:50:41     Seventh Avenue,
                  c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
13687033        E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:49:27     Stoneberry,    P.O. Box 2820,
                  Monroe, WI  53566-8020
13726145       +E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:50:41     The Swiss Colony,
                  c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
13675820        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 03 2018 01:49:28
                  Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
13675812*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,
                   Lewisville, TX 75067-9932)
13748198*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                   PO Box 630267,    Irving, TX 75063)
```

```
District/off: 0315-2           User: jfur              Page 2 of 2              Date Rcvd: Nov 02, 2018
                               Form ID: 408            Total Noticed: 34

13687032      ##+Michael Ratchford,     120 N. Keyser Ave,    Scranton, PA 18504-9701
                                                                              TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor Stephen P. Soltis dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
               NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home
               Equity Loan Trust 2006-B mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```