**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> STEPHEN P. SOLTIS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:13-22986 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/16/2013 and confirmed on 9/18/13. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,051.00 |
| Less Refunds to Debtor | 815.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,235.64 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 3,596.13 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,096.13 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 4301 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 4301 | 12,612.70 | 12,612.70 | 0.00 | 12,612.70 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 4301 | 0.00 | 54,782.04 | 0.00 | 54,782.04 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 4301 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC<br>    Acct: 1000 | 8,900.00 | 8,900.00 | 1,547.78 | 10,447.78 |
| | | | | 77,842.52 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEPHEN P. SOLTIS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEPHEN P. SOLTIS<br>    Acct: | 815.36 | 815.36 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   DANIEL R WHITE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   DANIEL R WHITE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 4301 | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX DSB | | | | |
| FAYETTE ANESTHESIA PROV++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X5098 | | | | |
| FIGI'S COMPANIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4764 | | | | |
| FOUNDATION RADIOLOGY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XVWHO | | | | |
| GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9194 | | | | |
| GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX6999 | | | | |
| HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX5919 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,470.92 | 492.58 | 0.00 | 492.58 |
| Acct: 9440 | | | | |
| JUSTIN SHEBA DO PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX8591 | | | | |
| STONEBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX31C2 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX7827 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 56.35 | 18.87 | 0.00 | 18.87 |
| Acct: 0150 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,770.50 | 1,262.67 | 0.00 | 1,262.67 |
| Acct: 1000 | | | | |
| QUANTUM3 GROUP LLC AGNT - GALAXY | 777.91 | 260.51 | 0.00 | 260.51 |
| Acct: 4077 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 484A | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4570 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 783.44 | 262.36 | 0.00 | 262.36 |
| Acct: 4181 | | | | |
| | | | | 2,296.99 |

TOTAL PAID TO CREDITORS                                                           80,139.51

TOTAL
CLAIMED           0.00
PRIORITY     21,512.70
SECURED       6,859.12


Date: 10/29/2018                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STEPHEN P. SOLTIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-22986 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22986-JAD
Stephen P. Soltis                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur                Page 1 of 2              Date Rcvd: Nov 02, 2018
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
```
db          +Stephen P. Soltis,   416 Derrick Avenue,   Uniontown, PA 15401-5463
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13675801    ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center, Inc.,   P.O. Box 14931,
               Pittsburgh, PA 15234-0931)
13675803     Fayette Anesthesia Providers,   P.O. Box 644392,   Pittsburgh, PA 15264-4392
13675805     Foundation Radiology Group, PC,   P.O. Box 60,   Pittsburgh, PA 15230-0060
13675808    +HSBC Card Services,   Attn: Bankruptcy,   P.O. Box 5213,   Carol Stream, IL 60197-5213
13675807    +Highlands Hospital,   401 East Murphy Avenue,   Connellsville, PA 15425-2700
13675817    +Justin J. Sheba, D.O.,   150 Wayland Smith Drive--Suite A,   Uniontown, PA 15401-2677
13687031    +LVNC Funding,   655 Papermill Road,   Newark, DE 19711-7500
13675811    +Milstead & Associates,   Woodland Falls Corporate Park,   220 Lake Drive East--Suite 301,
               Cherry Hill, NJ 08002-1165
13675813     NCO Financial Systems, Inc.,   P.O. Box 13574,   Philadelphia, PA 19101
14142010    +Nationstar Mortgage LLC as servicer for The Bank o,   Nationstar Mortgage, LLC,
               P.O. Box 619096,   Dallas, TX 75261-9096
13675814     Orchard Bank,   HSBC Card Services,   P.O. Box 80084,   Salinas, CA 93912-0084
13675815     Penn Credit,   916 S 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
13675816     Santander Consumer USA,   Attn: Bankruptcy Dept.,   P.O. Box 560284,   Dallas, TX 75356-0284
13675818     Target National Bank,   c/o Target Credit Services,   P.O. Box 1581,
               Minneapolis, MN 55440-1581
13675819     Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596
13687034     Vision Financial Corp.,   P.O. Box 460260,   Saint Louis, MO  63146-7260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2018 02:06:50
               PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13717209     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2018 01:56:15
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13675800    +E-mail/Text: bankruptcy@cavps.com Nov 03 2018 01:50:20     Calvary Portfolio Services,
               Attention: Bankruptcy Department,   500 Summit Lake Drive,   Valhalla, NY 10595-1340
13677697    +E-mail/Text: bankruptcy@cavps.com Nov 03 2018 01:50:20     Cavalry Portfolio Services,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
13675802     E-mail/PDF: creditonebknotifications@resurgent.com Nov 03 2018 01:56:13     Credit One Bank,
               P.O. Box 98873,   Las Vegas, NV 89193-8873
13675804    +E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:49:28     Figi's, Inc.,
               Attn: Recovery Operations,   P.O.Box 7713,   Marshfield, WI 54449-7713
13675806    +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2018 01:55:55     GE Money Bank,
               Attention: Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
13675809    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2018 01:55:59     LVNV Funding,
               625 Pilot Road,   Las Vegas, NV 89119-4485
13756243     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2018 01:56:15
               LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13675810    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 03 2018 01:50:05     Midland Funding,
               8875 Aero Drive--Suite 200,   San Diego, CA 92123-2255
13920615     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2018 02:07:00
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13712924     E-mail/Text: bnc-quantum@quantum3group.com Nov 03 2018 01:49:50
               Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,   PO Box 788,
               Kirkland, WA  98083-0788
13727230    +E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:50:41     Seventh Avenue,
               c/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
13687033     E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:49:28     Stoneberry,   P.O. Box 2820,
               Monroe, WI  53566-8020
13726145    +E-mail/Text: bankruptcy@sccompanies.com Nov 03 2018 01:50:41     The Swiss Colony,
               c/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
13675820     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 03 2018 01:49:30
               Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Nationstar Mortgage LLC
cr            THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
13675812*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,   350 Highland Drive,
                Lewisville, TX 75067-9932)
13748198*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy Department,
                PO Box 630267,   Irving, TX 75063)
```

```
District/off: 0315-2           User: jfur                Page 2 of 2                  Date Rcvd: Nov 02, 2018
                               Form ID: pdf900           Total Noticed: 34
```

13687032    ##+Michael Ratchford,    120 N. Keyser Ave,    Scranton, PA 18504-9701

```
                                                                              TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:

              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor Stephen P. Soltis dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF
               NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home
               Equity Loan Trust 2006-B mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9